1018

[No. 64019-4-I. Division One. April 5, 2010.]

GREGORY R. ZAPUTIL ET AL., *Appellants*, v. 51ST AVENUE, LLC, *Respondent*.

Appeal from a judgment of the Superior Court for King County, No. 08-2-41034-0, Laura Gene Middaugh, J., entered August 17, 2009. *Affirmed* by unpublished opinion per Lau, J., concurred in by Dwyer, C.J., and Ellington, J.

[No. 64260-0-I. Division One. April 5, 2010.]

*In the Matter of the Personal Restraint of* ERIC L. MIKOTA, *Petitioner*.

Petition for relief from personal restraint. *Granted* and *remanded* by unpublished per curiam opinion.

[No. 37857-4-II. Division Two. April 6, 2010.]

THE STATE OF WASHINGTON, *Respondent*, v. JAMES ROSHON HUGHES, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 07-1-05969-7, Linda CJ Lee, Ronald E. Culpepper, Susan Serko, and Rosanne Buckner, JJ., entered June 6, 2008. *Affirmed* by unpublished opinion per Bridgewater, J., concurred in by Penoyar, A.C.J., and Armstrong, J.

[No. 37916-3-II. Division Two. April 6, 2010.]

THE STATE OF WASHINGTON, *Respondent*, v. WILLIAM F. WASAGESHIK V, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 06-1-04487-0, Susan Serko, J., entered June 13, 2008. *Affirmed* by unpublished opinion per Armstrong, J., concurred in by Van Deren, C.J., and Penoyar, J.